# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DELWARE DISPLAY GROUP LLC**<br>**AND INNOVATIVE DISPLAY**<br>**TECHNOLOGIES LLC**<br><br>　　　**Plaintiffs,**<br><br>v.<br><br>**LG ELECTRONICS INC., et al.,**<br><br>　　　**Defendants.** | §<br>§<br>§<br>§　　C.A. No. 13-cv-2109-RGA<br>§<br>§　　JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 3, 2015, a copy of Plaintiffs' Second Supplemental Identification of Asserted Patents and Accused Products to Defendants LG Display Co., Ltd., and LG Display America, Inc. was served on the following as indicated:

<u>Via E-Mail</u>
David E. Ross
Benjamin J. Schladweiler
ROSS ARONSTAM &MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
dross@ramllp.com
bschladweiler@ramllp.com

*Counsel for Defendants LG Display Co., Ltd., LG Display America, Inc., LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

<u>Via E-Mail</u>
Jamie B. Beaber
Kfir B. Levy
Baldine B. Paul, Ph.D.
Anita Y. Lam
Robert G. Pluta
Amanda K. Streff
Alison T. Gelsleichter
MAYER BROWN LLP
jbeaber@mayerbrown.com
klevy@mayerbrown.com
bpaul@mayerbrown.com
alam@mayerbrown.com
rpluta@mayerbrown.com
astreff@mayerbrown.com
agelsleichter@mayerbrown.com

*Counsel for Defendants LG Display Co., Ltd., LG Display America, Inc., LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

| | |
|---|---|
| Dated: November 3, 2015 | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>*/s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>302-777-0300 Telephone<br>302-777-0301 Facsimile<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Jeffrey R. Bragalone (admitted *pro hac vice*)<br>Patrick J. Conroy (admitted *pro hac vice*)<br>Justin B. Kimble (admitted *pro hac vice*)<br>T. William Kennedy, Jr. (admitted *pro hac vice*)<br>Daniel F. Olejko (admitted *pro hac vice*)<br>James R. Perkins (admitted *pro hac vice*)<br>**BRAGALONE CONROY P.C.**<br>Chase Tower,<br>2200 Ross Ave., Suite 4500W<br>Dallas, Texas 75201<br>214-785-6670 Telephone<br>214-785-6680 Facsimile<br>jbragalone@bcpc-law.com<br>pconroy@bcpc-law.com<br>jkimble@bcpc-law.com<br>bkennedy@bcpc-law.com<br>dolejko@bcpc-law.com<br>jperkins@bcpc-law.com<br><br>Attorneys for Plaintiffs<br>**DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC** |