**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-2108-RGA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| LENOVO HOLDING CO. INC., and LENOVO (UNITED STATES) INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-2109-RGA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-2112-RGA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| VIZIO, INC., et al. | ) ) ) | |
| Defendant. | ) ) | |

2

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 30, 2015, copies of (i) *Defendants' Notice of Subpoena to Produce Documents to Epson America, Inc.*, and (ii) *Defendants' Notice of Subpoena to Produce Documents to Fluke Corporation* were served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Joseph J. Farnan, Jr.<br>Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC* | Jeffrey R. Bragalone<br>Patrick J. Conroy<br>Justin B. Kimble<br>Daniel F. Olejko<br>T. William Kennedy, Jr.<br>BRAGALONE CONROY P.C.<br>Chase Tower<br>2200 Ross Avenue, Suite 4500W<br>Dallas, TX  75201<br>jbragalone@bcpc-law.com<br>pconroy@bcpc-law.com<br>jkimble@bcpc-law.com<br>dolejko@bcpc-law.com<br>bkennedy@bcpc-law.com<br><br>*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC* |

|  | ROSS ARONSTAM & MORITZ LLP |
|---|---|
| *Of Counsel*: | /s/ *Benjamin J. Schladweiler* |
|  | David E. Ross (#5228) |
| Jamie B. Beaber | Benjamin J. Schladweiler (#4601) |
| Kfir B. Levy | 100 S. West Street, Suite 400 |
| Baldine B. Paul | Wilmington, DE  19801 |
| Anita Y. Lam | (302) 576-1600 |
| Alison T. Gelsleichter | dross@ramllp.com |
| Tiffany A. Miller | bschladweiler@ramllp.com |
| Michael L. Lindinger |  |
| Saqib J. Siddiqui | *Counsel for Defendants LG Electronics, Inc.,* |
| Michael J. Word | *LG Electronics U.S.A., Inc., LG Display Co.,* |
| MAYER BROWN LLP | *Ltd., and LG Display America, Inc.* |

1999 K Street NW
Washington, D.C.  60606
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
bpaul@mayerbrown.com
alam@mayerbrown.com
agelsleichter@mayerbrown.com
tmiller@mayerbrown.com
mlindinger@mayerbrown.com
ssiddiqui@mayerbrown.com
mword@mayerbrown.com

Robert G. Pluta
Amanda K. Streff
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
rpluta@mayerbrown.com
astreff@mayerbrown.com

Dated:  December 31, 2015