**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.,<br><br>     Defendants. | C.A. No. 13-2109-RGA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUBPOENAS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 34 and 45, counsel for Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., LG Display Co., Ltd., and LG Display America, Inc. (collectively, "Defendants"), by and through undersigned counsel, have caused the attached subpoenas to produce documents to be served upon:

| | |
|---|---|
| 4D Computer Discount | Exhibit 1 |
| Adorama Inc. | Exhibit 2 |
| American Pawn Superstores, Inc. | Exhibit 3 |
| AssetGenie, Inc. | Exhibit 4 |
| Atman, Inc. | Exhibit 5 |
| Aztek Computers, LLC | Exhibit 6 |
| Beach Trading Company, Inc. | Exhibit 7 |
| Belmont Trading Co., Inc. | Exhibit 8 |
| iuni | Exhibit 9 |
| LAPC Services, LLC | Exhibit 10 |
| Laptop Aid LLC | Exhibit 11 |

| | |
|---|---|
| Notebook Solutions Inc. | Exhibit 12 |
| ScreenAid.com | Exhibit 13 |
| Tech Recovery LLC | Exhibit 14 |
| Techno Force Global, Inc. | Exhibit 15 |
| TechOrbits, Inc. | Exhibit 16 |
| Tradeport USA LLC | Exhibit 17 |
| Winwealth Tech, Inc. | Exhibit 18 |
| Wireless Experts, Inc. | Exhibit 19 |
| Yahir's Electronics, Inc. | Exhibit 20 |

Pursuant to the Stipulated Protective Order (Attachment B), the requested documents may be produced under the relevant protections offered by the Stipulated Protective Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rules of Civil Procedure 30 and 45, counsel for Defendants, by and through undersigned counsel, have caused the attached subpoenas to appear for deposition and/or produce documents to be served upon:

| | |
|---|---|
| 4D Computer Discount | Exhibit 21 |
| Adorama Inc. | Exhibit 22 |
| Almost Anything | Exhibit 23 |
| American Pawn Superstores, Inc. | Exhibit 24 |
| Armstrong Winings Investment Management Corp. | Exhibit 25 |
| AssetGenie, Inc. | Exhibit 26 |
| Atman, Inc. | Exhibit 27 |
| Aztek Computers, LLC | Exhibit 28 |
| Beach Trading Company, Inc. | Exhibit 29 |
| Belmont Trading Co., Inc. | Exhibit 30 |
| BSR Cellular, LLC | Exhibit 31 |
| CKC Computers | Exhibit 32 |
| Ecom HQ LLC | Exhibit 33 |
| FEEFF LLC | Exhibit 34 |

| | |
|---|---|
| FRPB, Inc. | Exhibit 35 |
| GoodWorldDeals LLC | Exhibit 36 |
| GrayFox Electronics LLC | Exhibit 37 |
| I.T. Guru Tech SVCS | Exhibit 38 |
| Iowa Liquidations LLP | Exhibit 39 |
| iuni | Exhibit 40 |
| LAPC Services, LLC | Exhibit 41 |
| Laptop Aid LLC | Exhibit 42 |
| MDG Sales, LLC | Exhibit 43 |
| Notebook Solutions Inc. | Exhibit 44 |
| PowerbookMedic.com | Exhibit 45 |
| SBC LLC | Exhibit 46 |
| ScreenAid.com | Exhibit 47 |
| Tech Recovery LLC | Exhibit 48 |
| Techno Force Global, Inc. | Exhibit 49 |
| TechOrbits, Inc. | Exhibit 50 |
| Tradeport USA LLC | Exhibit 51 |
| Twintek, Inc. | Exhibit 52 |
| U.S. Appliance Company | Exhibit 53 |
| Upper Edge Technologies, Inc. | Exhibit 54 |
| Vivo Technology | Exhibit 55 |
| Winwealth Tech, Inc. | Exhibit 56 |
| Wireless Experts, Inc. | Exhibit 57 |
| Yahir's Electronics, Inc. | Exhibit 58 |

Pursuant to the Stipulated Protective Order (attached as Attachment B), the requested deposition testimony may be given under the relevant protections offered by the Stipulated Protective Order.

YOU ARE FURTHER NOTIFIED that the deposing party intends to record the proceeding both stenographically and by videotape, and that a real-time transcription service

may be used. The deposition will be taken by oral examination before a notary public or other person authorized by law to administer oaths.

                                      Respectfully submitted,

                                      ROSS ARONSTAM & MORITZ LLP

| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|---|---|
| | David E. Ross (#5228) |
| Jamie B. Beaber | Benjamin J. Schladweiler (#4601) |
| Kfir B. Levy | 100 S. West Street, Suite 400 |
| Baldine B. Paul | Wilmington, DE 19801 |
| Anita Y. Lam | (302) 576-1600 |
| Alison T. Gelsleichter | dross@ramllp.com |
| Tiffany A. Miller | bschladweiler@ramllp.com |
| Michael L. Lindinger | |
| Saqib J. Siddiqui | *Counsel for Defendants LG Electronics, Inc.,* |
| Michael J. Word | *LG Electronics U.S.A., Inc., LG Display Co.,* |
| MAYER BROWN LLP | *Ltd., and LG Display America, Inc.* |

1999 K Street NW
Washington, D.C. 60606
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
bpaul@mayerbrown.com
alam@mayerbrown.com
agelsleichter@mayerbrown.com
tmiller@mayerbrown.com
mlindinger@mayerbrown.com
ssiddiqui@mayerbrown.com
mword@mayerbrown.com

Robert G. Pluta
Amanda K. Streff
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
astreff@mayerbrown.com

Dated: April 29, 2016

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on April 29, 2016, I caused the foregoing *Notice of Subpoenas* to be served via electronic mail upon the following counsel of record:

Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

Jeffrey R. Bragalone
Patrick J. Conroy
Justin B. Kimble
Daniel F. Olejko
T. William Kennedy, Jr.
Stephanie R. Wood
BRAGALONE CONROY P.C.
Chase Tower
2200 Ross Avenue, Suite 4500W
Dallas, TX  75201
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
bkennedy@bcpc-law.com
swood@bcpc-law.com

*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)