# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 13-2109-RGA ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 30, 2016, a copy of ***Defendants' Supplemental Invalidity Contentions*** was served via electronic mail upon the following counsel of record:

Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

Jeffrey R. Bragalone
Patrick J. Conroy
Justin B. Kimble
Daniel F. Olejko
T. William Kennedy, Jr.
BRAGALONE CONROY P.C.
Chase Tower
2200 Ross Avenue, Suite 4500W
Dallas, TX  75201
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
bkennedy@bcpc-law.com

*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

|  |  |
|---|---|
| *Of Counsel*: | ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Benjamin J. Schladweiler* |
|  | David E. Ross (#5228) |
| Jamie B. Beaber | Benjamin J. Schladweiler (#4601) |
| Kfir B. Levy | 100 S. West Street, Suite 400 |
| Baldine B. Paul | Wilmington, DE  19801 |
| Anita Y. Lam | (302) 576-1600 |
| Alison T. Gelsleichter | dross@ramllp.com |
| Tiffany A. Miller | bschladweiler@ramllp.com |
| Michael L. Lindinger |  |
| Saqib J. Siddiqui | *Counsel for Defendants LG Electronics, Inc.,* |
| Michael J. Word | *LG Electronics U.S.A., Inc., LG Display Co.,* |
| MAYER BROWN LLP | *Ltd., and LG Display America, Inc.* |

1999 K Street NW
Washington, D.C.  60606
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
bpaul@mayerbrown.com
alam@mayerbrown.com
agelsleichter@mayerbrown.com
tmiller@mayerbrown.com
mlindinger@mayerbrown.com
ssiddiqui@mayerbrown.com
mword@mayerbrown.com

Robert G. Pluta
Amanda K. Streff
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
rpluta@mayerbrown.com
astreff@mayerbrown.com


Dated:  May 2, 2016