IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELAWARE DISPLAY GROUP LLC** and **INNOVATIVE DISPLAY TECHNOLOGIES LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**LENOVO GROUP LTD., LENOVO HOLDING CO., INC.,** and **LENOVO (UNITED STATES) INC.,**<br><br>Defendants. | § § § § § § § § § § § § § § § § | C.A. No. 13-cv-2108-RGA<br><br>JURY TRIAL DEMANDED |
| **DELAWARE DISPLAY GROUP LLC** and **INNOVATIVE DISPLAY TECHNOLOGIES LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD.,** and **LG DISPLAY AMERICA, INC.,**<br><br>Defendants. | § § § § § § § § § § § § § § § § § | C.A. No. 13-cv-2109-RGA<br><br>JURY TRIAL DEMANDED |
| **DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC**<br><br>Plaintiffs,<br><br>v.<br><br>**VIZIO, INC.,**<br><br>Defendant. | § § § § § § § § § § § § § § | C.A. No. 13-cv-2112-RGA<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] DISCOVERY ORDER

This 30 day of June, 2016, the Court having considered the parties' respective submissions and arguments regarding the discovery issues raised in Plaintiffs' letter,

IT IS ORDERED that within two weeks of this order, Defendants shall reduce the prior art products to ~~two per asserted patent~~ four for the '974 patent and five for the '370 patent. FN

SO ORDERED this 30 day of June, 2016

_Richard G. Andrews_
The Honorable Richard G. Andrews

---

FN Defendants should understand that "prevalency in the art at the time of the asserted patents" is not going to be the basis for evidence of prior art products that are not the asserted prior art.

Defendants should expect that I will be receptive to a further request to narrow the number of asserted prior art after the close of expert discovery; so, Defendants are encouraged to engage in that exercise without court intervention.