# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELWARE DISPLAY GROUP LLC** and **INNOVATIVE DISPLAY TECHNOLOGIES LLC,** | § § § § | |
| Plaintiffs, | § § | **C.A. No. 13-cv-2108-RGA** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **LENOVO HOLDING CO., INC.,** and **LENOVO (UNITED STATES) INC.,** | § § § § | |
| Defendants. | § § | |
| **DELWARE DISPLAY GROUP LLC** and **INNOVATIVE DISPLAY TECHNOLOGIES LLC,** | § § § § | |
| Plaintiffs, | § § | **C.A. No. 13-cv-2109-RGA** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD.,** and **LG DISPLAY AMERICA, INC.,** | § § § § § § | |
| Defendants. | § | |
| **DELWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC** | § § § § | |
| Plaintiffs, | § § | **C.A. No. 13-cv-2112-RGA** |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **VIZIO, INC.,** | § § § | |
| Defendant. | § | |

# PLAINTIFFS' MOTION TO EXCLUDE
# <u>TESTIMONY RELATING TO THE EXPERT REPORTS OF MICHAEL J. ESCUTI</u>

Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LL, by and through their undersigned counsel, hereby move to exclude testimony relating to the expert reports of Michael J. Escuti. The grounds for the motion are set forth in Plaintiffs' opening brief filed contemporaneously with this motion. Pursuant to Local Rule 7.1.1, counsel for Plaintiffs conferred with counsel for Defendants regarding this motion. Defendants oppose this motion.

DATED: August 26, 2016

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jeffrey R. Bragalone (admitted *pro hac vice*)
Patrick J. Conroy (admitted *pro hac vice*)
Justin B. Kimble (admitted *pro hac vice*)
Daniel F. Olejko (admitted *pro hac vice*)
T. William Kennedy, Jr. (admitted *pro hac vice*)
Stephanie Wood (admitted *pro hac vice*)
James R. Perkins (admitted *pro hac vice*)

**BRAGALONE CONROY P.C.**
Chase Tower,
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
214-785-6670 Telephone
214-785-6680 Facsimile
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
bkennedy@bcpc-law.com
swood@bcpc-law.com
jperkins@bcpc-law.com

Attorneys for Plaintiffs
**DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC**