**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>LENOVO HOLDING CO. INC., and LENOVO (UNITED STATES) INC.,<br><br>    Defendants. | C.A. No. 13-2108-RGA<br><br>**JURY TRIAL DEMANDED** |
| DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.,<br><br>    Defendants. | C.A. No. 13-2109-RGA<br><br>**JURY TRIAL DEMANDED** |
| DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>VIZIO, INC., et al.<br><br>    Defendant. | C.A. No. 13-2112-RGA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY**

Defendants LG Display Co., Ltd., LG Display America, Inc., LG Electronics, Inc., LG Electronics USA, VIZIO, Inc., Lenovo Holding Co., Inc. and Lenovo (United States) Inc. (collectively "Defendants"), by and through undersigned counsel, hereby move for summary judgment that Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC asserted patents – U.S. Patent Nos. 7,537,370 and 7,434,974 – are invalid under 35 U.S.C. §§ 102, 103. The grounds for this motion are fully set forth in the Opening Brief in Support, filed concurrently herewith.

        Respectfully submitted,

        ROSS ARONSTAM & MORITZ LLP

| *Of Counsel*: | /s/ Benjamin J. Schladweiler |
|---|---|
| | David E. Ross (#5228) |
| Jamie B. Beaber | Benjamin J. Schladweiler (#4601) |
| Kfir B. Levy | 100 S. West Street, Suite 400 |
| Baldine B. Paul | Wilmington, DE  19801 |
| Anita Y. Lam | (302) 576-1600 |
| Alison T. Gelsleichter | dross@ramllp.com |
| Tiffany A. Miller | bschladweiler@ramllp.com |
| Michael L. Lindinger | |
| Saqib J. Siddiqui | *Counsel for Defendants LG Electronics, Inc.,* |
| Michael J. Word | *LG Electronics U.S.A., Inc., LG Display Co.,* |
| MAYER BROWN LLP | *Ltd., and LG Display America, Inc.* |
| 1999 K Street NW | |
| Washington, D.C.  60606 | |
| (202) 263-3000 | |
| jbeaber@mayerbrown.com | |
| klevy@mayerbrown.com | |
| bpaul@mayerbrown.com | |
| alam@mayerbrown.com | |
| agelsleichter@mayerbrown.com | |
| tmiller@mayerbrown.com | |
| mlindinger@mayerbrown.com | |
| ssiddiqui@mayerbrown.com | |
| mword@mayerbrown.com | |

Robert G. Pluta
Amanda K. Streff
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
rpluta@mayerbrown.com
astreff@mayerbrown.com

*Counsel for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Display Co., Ltd., and LG Display America, Inc.*

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel*: | */s/ Pilar G. Kraman* |
|  | Adam W. Poff (#3990) |
| Jason C. Lo | Pilar G. Kraman (#5199) |
| Raymond A. LaMagna | 1000 North King Street |
| Jeffrey G. Lau | Rodney Square |
| GIBSON, DUNN & CRUTCHER LLP | Wilmington, DE  19801 |
| 333 South Grand Avenue | (302) 571-6600 |
| Los Angeles, CA  90071-3197 | apoff@ycst.com |
|  | pkraman@ycst.com |
| Cassandra Gaedt-Sheckter |  |
| GIBSON, DUNN & CRUTCHER LLP | *Counsel for Defendant VIZIO, Inc.* |
| 1881 Page Mill Road |  |
| Palo Alto, CA  94304-1211 |  |

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| *Of Counsel*: | */s/ Stephanie E. O'Byrne* |
| | Richard L. Horwitz (#2246) |
| Fred I. Williams | David E. Moore (#3983) |
| Jonathan Hardt | Bindu A. Palapura (#5370) |
| Mario A. Apreotesi | Stephanie E. O'Byrne (#4446) |
| VINSON & ELKINS LLP | Hercules Plaza, 6th Floor |
| 2801 Via Fortuna, Suite 100 | 1313 N. Market Street |
| Austin, TX 78746-7568 | Wilmington, DE 19801 |
| (512) 542-8400 | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Todd E. Landis | dmoore@potteranderson.com |
| Eric J. Klein | bpalapura@potteranderson.com |
| VINSON & ELKINS LLP | sobyrne@potteranderson.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, TX 75201-2975 | *Counsel for Defendants Lenovo Holding Co.* |
| (214) 220-7700 | *Inc. and Lenovo (United States) Inc.* |

Dated: August 26, 2016

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on August 26, 2016, I caused the foregoing ***Defendants' Motion for Summary Judgment of Invalidity*** to be served via electronic mail upon the following counsel of record:

Joseph J. Farnan, Jr.
Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

Jeffrey R. Bragalone
Patrick J. Conroy
Justin B. Kimble
Daniel F. Olejko
T. William Kennedy, Jr.
Stephanie R. Wood
BRAGALONE CONROY P.C.
Chase Tower
2200 Ross Avenue, Suite 4500W
Dallas, TX 75201
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
dolejko@bcpc-law.com
bkennedy@bcpc-law.com
swood@bcpc-law.com

*Counsel for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)