**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **DELAWARE DISPLAY GROUP LLC AND INNOVATIVE DISPLAY TECHNOLOGIES LLC,** | § § § § | |
| Plaintiffs, | § § | C.A. No. 13-cv-2109-RGA |
| v. | § § § | JURY TRIAL DEMANDED |
| **LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.,** | § § § § § | |
| Defendants. | | |

**STIPULATION TO DISMISS**

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Innovative Display Technologies LLC and Delaware Display Group LLC ("Plaintiffs") and Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Display Co., Ltd.; and LG Display America, Inc. (collectively, "Defendants") hereby agree, subject to the approval of the Court, as follows:

1. The claims for patent infringement brought by Plaintiffs, and the claims and defenses raised by Defendants, shall be dismissed WITH PREJUDICE; and

2. Each party is to bear its own costs, expenses, and attorneys' fees incurred in this action only, with respect to all claims solely between them.

| | |
|---|---|
| Dated: April 10, 2017 | Respectfully submitted, |
| FARNAN LLP | ROSS ARONSTAM & MORITZ LLP |
| */s/ Brian E. Farnan*<br>Brian E. Farnan (#4089)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>bfarnan@farnanlaw.com | */s/ Benjamin J. Schladweiler*<br>David E. Ross (#5228)<br>Benjamin J. Schladweiler (#4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>dross@ramllp.com<br>bschladweiler@ramllp.com |
| *Attorneys for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC* | *Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Display Co., Ltd., and LG Display America, Inc.* |

IT IS SO ORDERED this _____ day of April, 2017.

_____
The Honorable Richard G. Andrews