**OFFICE OF THE CLERK**
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 KING STREET
UNIT 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2019

**Bindu Ann George Palapura**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

      Re:    **1:13-cv-02108-RGA** - **Delaware Display Group LLC et al v. Lenovo Holding Company Inc. et al**
           **1:13-cv-02109-RGA** - **Delaware Display Group LLC et al v. LG Electronics Inc. et al**

Dear Counsel,

    I am returning to you the Defendants Lenovo and LG Electronic's CD Rom disk containing a confidential Exhibit Q to Reply (**DI 341 in CA 13-2108, DI 447 in CA 13-2109**) pertaining to the above closed case.

    **The envelope containing the CD ROM is available now for pick-up at the Clerk's Office.**

    Please acknowledge receipt of this exhibit on the copy of this letter and return it to me in the enclosed envelope.    Thank you.

                          Sincerely,

                          **John A. Cerino**
                          Clerk of the Court

                        By: /s_____
                          Bob Cruikshank
                          Intake Supervisor

I hereby acknowledge receipt of the above exhibit(s) on August       , 2019

                                                          _____
/rwc                                                          Signature